United States District Court
Southern District of Texas
**ENTERED**
July 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAHAMAT KAIDALLAH MOUSSA,           §
                                    §
        Petitioner,                 §
                                    §
VS.                                 §    CIVIL ACTION NO. 1:26-CV-742
                                    §
MARKWAYNE MULLIN, *et al.*,          §
                                    §
        Respondents.                §

## <u>ORDER</u>

Petitioner Mahamat Kaidallah Moussa is currently detained by Immigration and Customs Enforcement at the Port Isabel Service Processing Center in Cameron County, Texas. In this habeas action, Petitioner contests Respondents' ability to detain him without a bond hearing under 8 U.S.C. § 1225(b)(2)(A). Petitioner bases his habeas action on statutory arguments under 8 U.S.C. §§ 1225 and 1226, and on provisions of the Fifth Amendment.

The Fifth Circuit has determined that "the Government may detain aliens under Section 1225(b)(2)(A) for ninety days but no longer without a bond hearing." *Sosnava Rodriguez v. Ortega*, — F.4th —, No. 26-50183, 2026 WL 1906557, at *16 (5th Cir. July 2, 2026).

In this case, Petitioner alleges that Respondents detained him on May 1, 2025. Based on this date, more than 90 days have elapsed since Petitioner's detention, and the record contains no evidence that Respondents have provided him with a bond hearing.

As a result, and based on *Sosnava*, it is:

**ORDERED** that by no later than July 14, 2026, Respondents shall file Statement to show cause as to why Petitioner Mahamat Kaidallah Moussa's Verified Petition for Writ of Habeas Corpus (Doc. 1) should not be granted.

If Respondents fail to file a Statement, the Court will grant the petition.

1 / 2

The Clerk of Court is directed to serve a copy of this Order upon the Respondents in accordance with the Memorandum of Understanding.

Signed on July 9, 2026.

Fernando Rodriguez, Jr.
United States District Judge